| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kami Korpela**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5526<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Utah<br>Case number:  22–24594   JTM | | Date case filed for chapter **13**:  **11/21/22** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kami Korpela | |
| 2. | **All other names used in the last 8 years** | fka Kami Hanson | |
| 3. | **Address** | 544 E 700 North<br>Brigham City, UT 84302 | |
| 4. | **Debtor's attorney**<br>Name and address | Theodore Floyd Stokes<br>Stokes Law PLLC<br>2072 North Main Suite 102<br>North Logan, UT 84341 | Contact phone 435–213–4771<br><br>Email:  ted@stokeslawpllc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111 | Contact phone 801–596–2884<br><br>Email:  utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I   Notice of Chapter 13 Bankruptcy Case                                                                                                         page 1
Date Generated: 12/7/22                                                                                                             For more information, see page 2 >

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on: **Jan. 5, 2023** at **09:00 AM** Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 832–9074, Enter Meeting ID 437 037 6107, and Passcode 3375693596** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file: <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/6/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/30/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/22/23** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** **Objections to Confirmation** | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately. The hearing on confirmation will be held on: **2/9/23** at **10:00 AM** Location: **Dial: (636) 651–3182 Ten Min Before Hrg, Access Code: 3834658#, JTM Teleconference Line** Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

District of Utah

In re: Case No. 22-24594-JTM

Kami Korpela  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 4
Date Rcvd: Dec 07, 2022 Form ID: 309I Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kami Korpela, 544 E 700 North, Brigham City, UT 84302-1613 |
| 12124877 | + | AMERICAN HOMES 4 RENT MANAGEMENT, 30601 AGOURA ROAD, SUITE 200L, Agoura Hills, CA 91301-2148 |
| 12124878 | + | AMERICAN HOMES 4 RENT PROPERTIES ONE, LL, 1108 E SOUTH UNION AVE, Midvale, UT 84047-2904 |
| 12124882 | + | ANDREA NELSON BOUWHUIS, c/o LeBaron & Jensen, P.C., 1241 North Main Street, Suite 200, Layton, UT 84041-4859 |
| 12124881 | + | ANDREA NELSON BOUWHUIS, 1513 N HILL FIELD RD STE 1, Layton, UT 84041-2178 |
| 12124863 | + | Aarons, 1090 West Riverdale Road, #B, Ogden, UT 84405-3721 |
| 12124879 | + | American Homes 4Rent, 308 E 4500 S, Suite 160, Salt Lake City, UT 84107-4016 |
| 12124893 | + | CREDITBOXCOM LLC, c/o Constantino Law Office, PC, 8537 South Redwood Rd., Suite D, West Jordan, UT 84088-5713 |
| 12127407 | + | First Portfolio Ventures I, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 12124909 | | Lakeview Hospital, PO Box 290429, Nashville, TN 37229-0429 |
| 12124910 | | Lakeview View Hospital, PO Box 90400, Louisville, KY 40269 |
| 12124912 | + | Loyalloans, 5360 South 1900 W B-6, Roy, UT 84067-2980 |
| 12124938 | + | Tanner Clinic, 3443 W 5600 S, Roy, UT 84067-9103 |
| 12124940 | | Tanner Clinic, PO Box 337, Layton, UT 84041-0337 |
| 12124939 | + | Tanner Clinic, 2121 North 1700 West, Layton, UT 84041-1185 |
| 12124947 | + | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ted@stokeslawpllc.com | Dec 07 2022 23:57:00 | Theodore Floyd Stokes, Stokes Law PLLC, 2072 North Main Suite 102, North Logan, UT 84341 |
| tr | + | Email/Text: bnc@ch13ut.org | Dec 07 2022 23:58:00 | Lon Jenkins tr, Ch. 13 Trustee's Office, 465 South 400 East, Suite 200, Salt Lake City, UT 84111-3345 |
| 12124868 | | Email/Text: e-bankruptcy@americafirst.com | Dec 07 2022 23:58:00 | AMERICA FIRST CREDIT UNION, PO Box 9199, Ogden, UT 84409-0199 |
| 12124864 | + | Email/Text: bankruptcynotices@aarons.com | Dec 07 2022 23:58:00 | Aarons, 1015 Cobb Place Blvd, Kennesaw, GA 30144-3672 |
| 12124865 | | Email/Text: bankruptcynotices@aarons.com | Dec 07 2022 23:58:00 | Aarons Rent to Own, 6562 S State Street, Salt Lake City, UT 84107-7219 |
| 12124866 | + | Email/Text: e-bankruptcy@americafirst.com | Dec 07 2022 23:58:00 | America First Credit U, Po Box 9199, Ogden, UT 84409-0199 |
| 12124870 | + | Email/Text: e-bankruptcy@americafirst.com | Dec 07 2022 23:58:00 | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124880 | + | Email/Text: legalnotices@ah4r.com | Dec 07 2022 23:58:00 | American Homes for Rent, 30601 Agoura Rd., Suite 200, Agoura Hills, CA 91301-2148 |
| 12124883 | + | EDI: CAPITALONE.COM | Dec 08 2022 04:48:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, |

Case 22-24594   Doc 8   Filed 12/09/22   Entered 12/09/22 22:23:16   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 1088-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 309I | Total Noticed: 70 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 12124884 | + EDI: CAPITALONE.COM | Dec 08 2022 04:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12124885 | + EDI: CAPONEAUTO.COM | Dec 08 2022 04:48:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12124886 | + Email/Text: bankruptcy@checkcity.com | Dec 07 2022 23:58:00 | Check City, PO Box 970183, Orem, UT 84097-0183 |
| 12124887 | ^ MEBN | Dec 07 2022 23:52:22 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 12124888 | ^ MEBN | Dec 07 2022 23:51:37 | Clark County Collection Service, 8860 West Sunset Road, Suite 100, Las Vegas, NV 89148-4899 |
| 12124889 | + EDI: WFNNB.COM | Dec 08 2022 04:48:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12124890 | + EDI: WFNNB.COM | Dec 08 2022 04:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12124891 | + EDI: CCS.COM | Dec 08 2022 04:48:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12124892 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 23:56:57 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 12124897 | + EDI: CITICORP.COM | Dec 08 2022 04:48:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 12124894 | + Email/Text: electronicbkydocs@nelnet.net | Dec 07 2022 23:58:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 12124898 | + Email/Text: bankruptcy@expressrecovery.com | Dec 07 2022 23:58:00 | EXPRESS RECOVERY, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 12124900 | + Email/Text: bankruptcy@expressrecovery.com | Dec 07 2022 23:58:00 | Express Recovery Services, Inc., Attn: Bankruptcy, 2790 Decker Lake Dr, West Valley City, UT 84119-2057 |
| 12124901 | + EDI: BLUESTEM | Dec 08 2022 04:48:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12127407 | ^ MEBN | Dec 07 2022 23:53:18 | First Portfolio Ventures I, Llc, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 12124903 | + EDI: AMINFOFP.COM | Dec 08 2022 04:48:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 12124904 |   EDI: IRS.COM | Dec 08 2022 04:48:00 | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 21126, Philadelphia, PA 19114-0326 |
| 12124905 | + Email/Text: bureauknight@yahoo.com | Dec 07 2022 23:58:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 12124906 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2022 23:58:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 12124915 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:08:10 | LVNV FUNDING LLC, PO BOX 10497, Greenville, SC 29603-0497 |
| 12124914 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 23:57:35 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 12124913 |   Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:08:09 | LVNV Funding, PO Box 10584, Greenville, SC 29603-0584 |
| 12124916 |   Email/Text: Bankruptcy@jmlaw.com | Dec 07 2022 23:58:00 | LVNV Funding, LLC, c/o Johnson Mark, PO Box |

Case 22-24594   Doc 8   Filed 12/09/22   Entered 12/09/22 22:23:16   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 1088-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 309I | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 12124917 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 23:57:32 | LVNV Funding, LLC its successors and, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 [previous line: 7811, Sandy, UT 84091-7811] |
| 12124908 | | Email/PDF: HCABKNotifications@resurgent.com | Dec 08 2022 00:08:21 | Lakeview Hospital, PO Box 740757, Cincinnati, OH 45274-0757 |
| 12124907 | + | Email/PDF: HCABKNotifications@resurgent.com | Dec 07 2022 23:57:31 | Lakeview Hospital, 630 East Medical Drive, Bountiful, UT 84010-4908 |
| 12124911 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Dec 07 2022 23:58:00 | Lee Schwab Tire Center, Attn: Bankruptcy, Po Box 5350, Bend, OR 97708-5350 |
| 12124918 | + | EDI: CBS7AVE | Dec 08 2022 04:48:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 12124919 | + | Email/Text: m4u@mny4you.com | Dec 07 2022 23:58:00 | Money 4 You, 1858 W 5150 S Suite #503, Roy, UT 84067-3063 |
| 12124921 | + | Email/Text: m4u@mny4you.com | Dec 07 2022 23:58:00 | Money 4 You, 2056 N Hillfield Rd., Layton, UT 84041-4741 |
| 12124920 | + | Email/Text: m4u@mny4you.com | Dec 07 2022 23:58:00 | Money 4 You, 4876 S 1900 W, Roy, UT 84067-2921 |
| 12124922 | + | Email/Text: clarson@macu.com | Dec 07 2022 23:58:00 | Mountain America Credit Union, Attn: Bankruptcy, P.O. Box 2331, Sandy, UT 84091-2331 |
| 12124924 | + | Email/Text: wendy@mountainlandcollections.com | Dec 07 2022 23:58:00 | Mountain Land Collections, Inc., Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 12124927 | | Email/Text: bankruptcy@possiblefinance.com | Dec 07 2022 23:57:00 | Possible Finance, 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 12124932 | | Email/Text: banko@preferredcredit.com | Dec 07 2022 23:58:00 | Preferred Credit Inc, Po Box 1970, St Cloud, MN 56301 |
| 12124933 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Dec 07 2022 23:58:00 | RC Willey Home Furnishings, Attn: Bankruptcy, 2301 South 300 West, Salt Lake City, UT 84115 |
| 12124934 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 23:57:18 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12125799 | + | EDI: RMSC.COM | Dec 08 2022 04:48:00 | Synchrony Bank, Care of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12124935 | + | EDI: RMSC.COM | Dec 08 2022 04:48:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12124936 | + | EDI: RMSC.COM | Dec 08 2022 04:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 12124937 | + | EDI: RMSC.COM | Dec 08 2022 04:48:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12124941 | + | EDI: WTRRNBANK.COM | Dec 08 2022 04:48:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 12124942 | + | EDI: COMCASTCBLCENT | Dec 08 2022 04:48:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 12124944 | + | EDI: UTAHTAXCOMM.COM | Dec 08 2022 04:48:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 12124945 | | Email/Text: bankruptcynotices@vivecard.com | Dec 07 2022 23:58:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 12124946 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 07 2022 23:58:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12124867 | | America First Credit U |
| 12124869 | *+ | AMERICA FIRST CREDIT UNION, PO BOX 9199, Ogden, UT 84409-0199 |
| 12124871 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124872 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124873 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124874 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124875 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124876 | *+ | American First Credit Union, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12124895 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 12124896 | *+ | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 12124899 | *+ | EXPRESS RECOVERY, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 12124902 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 12124923 | *+ | Mountain America Credit Union, Attn: Bankruptcy, P.O. Box 2331, Sandy, UT 84091-2331 |
| 12124925 | *+ | Mountain Land Collections, Inc., Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 12124926 | *+ | Mountain Land Collections, Inc., Attn: Bankruptcy, Po Box 1280, American Fork, UT 84003-6280 |
| 12124928 | *P++ | POSSIBLE FINANCIAL INC, ATTN CAMREN MCMATH, 2231 FIRST AVE STE B, SEATTLE WA 98121-1614, address filed with court:, Possible Finance, 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 12124929 | *P++ | POSSIBLE FINANCIAL INC, ATTN CAMREN MCMATH, 2231 FIRST AVE STE B, SEATTLE WA 98121-1614, address filed with court:, Possible Finance, 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 12124930 | *P++ | POSSIBLE FINANCIAL INC, ATTN CAMREN MCMATH, 2231 FIRST AVE STE B, SEATTLE WA 98121-1614, address filed with court:, Possible Finance, 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 12124931 | *P++ | POSSIBLE FINANCIAL INC, ATTN CAMREN MCMATH, 2231 FIRST AVE STE B, SEATTLE WA 98121-1614, address filed with court:, Possible Finance, 2231 First Avenue, Suite B, Seattle, WA 98121 |
| 12124943 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| Theodore Floyd Stokes | on behalf of Debtor Kami Korpela ted@stokeslawpllc.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3